**4**

```
1  Carl W. Collins (State Bar No. 109282)
   Attorney at Law
2  1127-12th Street, Suite 106
   P.O. Box 3291
3  Modesto, California  95353
   (209) 521-8100 Telephone
4  (209) 524-8461 Facsimile
   carl@cwcollinslaw.com
5
   Attorney for Trustee
6  Irma C. Edmonds
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Modesto Division)

| | |
|---|---|
| In re: | Case No: 13-90090 |
| Jorge Sanchez Perez, | Chapter 7 Case |
| 2429 Bellamy Street<br>Modesto, CA 95354 | DC. No. CWC-4 |
| S.S.N. xxx-xx-3918 | Date: April 10, 2014<br>Time: 10:30 a.m. |
| Debtor. | Place: Modesto Courtroom<br>Department E |

**MOTION FOR AUTHORIZATION TO SELL**

**REAL PROPERTY OF THE ESTATE**

To: The Honorable Ronald H. Sargis, U.S. Bankruptcy Judge:

Irma C. Edmonds, the duly qualified and acting trustee in this case, pursuant to 11 U.S.C. § 363(b) respectfully represents:

1. This Court has jurisdiction of this matter under 28 U. S. C. §§ 1334 and 157(a).

2. On January 16, 2013, the Debtor filed a petition under Chapter 7 of the bankruptcy Code, in the above-entitled Court. Irma C. Edmonds, has been appointed Chapter 7 Trustee in the case.

3.  Among the assets which constitute property of the bankruptcy estate is the Debtor's interest in real property located at 1746 Monterey Avenue, Modesto, CA, APN 035-049-012, ("Subject Property"), more particularly described in the Preliminary Title Report of Old Republic Title Co. dated February 13, 2014, attached to the List of Exhibits filed concurrently herewith.

4.  The Trustee has entered into an agreement with Jessica Buendia, 1746 Monterey Avenue, Modesto, CA and Randall Steele, 442 Weyer Road, Modesto, CA, (the "Buyers"), or nominee, for sale of the Subject Property for $50,000.00 in cash or certified funds upon the terms and conditions described in the California Residential Purchase Agreement and Joint Escrow Instructions with Addendum dated February 11, 2014 (the "Agreement") which is annexed to the List of Exhibits filed concurrently herewith.

5.  The Buyers have deposited the sum of $3,000.00 with the Trustee to be held in trust pending court approval of the sale. The Buyers are purchasing the Subject Property on an "As Is, Where Is" basis.  Said sale is without representation or warranties of any kind, express or implied, including, without limitation, representations of merchantability and/or fitness for any particular purposes.  The sale is subject to Bankruptcy Court approval and subject to third party overbids at the hearing on this matter.  Prior to the hearing on this matter, all third party bidders must deposit $3,000.00 in certified funds with the Trustee and agree to execute a contract with terms and conditions identical to the Agreement in order to be eligible to make overbids at the hearing.  All deposits of unsuccessful bidders are fully refundable.

6. Under the terms of a separate agreement, PMZ Real Estate, the Trustee's and Buyers' licensed real estate broker will receive a brokerage fee of 6% of the sales price.

7. The Trustee is informed and believes that the bankruptcy estate will not incur any adverse tax consequences from the sale.

8. Said sale will fully pay all liens, encumbrances, taxes, etc. on the Subject Property. The costs and expenses of such sale include, but are not limited to, all closing costs, all property taxes and assessments and the real estate broker's commission.

9. Said sale represents the Trustee's best efforts to sell the Subject Property for the highest possible price and the Trustee believes that the proposed sale is in the best interest of the estate.

WHEREFORE, the Trustee, Irma C. Edmonds, prays for an Order of this Court:

1. Authorizing the Trustee, pursuant to 11 U.S.C. § 363(b) to sell the Debtor's interest in the real property located at 1746 Monterey Avenue, Modesto, CA, APN 035-049-012, to Jessica Buendia and Randall Steele, or nominee, for the sum of $50,000.00 in cash or certified funds upon the terms and conditions in the above-described Agreement;

2. Authorizing the Trustee to pay through escrow all costs and expenses of the sale including but not limited to, all liens, encumbrances, closing costs, all property taxes and assessments and the payment of a real estate commission in the amount of 6% of the sale price to PMZ Real Estate;

3. Authorizing such overbids as may be submitted at the

time of the hearing on this Motion, subject to such terms and conditions as may be required by the Trustee and/or the Court;

    4. Authorizing the execution and delivery by the Trustee of any and all documents which may be necessary or convenient to conclude the transaction;

    5. Granting such other and further relief as the court deems proper.

Dated: 3-12-14

Respectfully Submitted,

Law Office of Carl W. Collins

_____
Carl W. Collins, Esq.
Attorney for Trustee

MOTION FOR AUTHORIZATION TO
SELL REAL PROPERTY OF THE ESTATE    4